### BUTTS *v.* THE STATE.

Turner, J.  1.  "In order to properly present for decision by the Supreme Court the question whether or not error was committed in admitting given evidence, it must appear that objection was made to it and passed upon by the court at the time it was offered, and also what the objection was."     *Cooper* v. *Chamblee,* 114 *Ga.* 116.

2.  The evidence in behalf of the State, though circumstantial, fully warranted the finding of the jury that the accused was, as charged in the indictment, guilty of the offense of simple larceny.

> *Judgment affirmed.     All the Justices concur.*

Submitted October 19, — Decided October 24, 1903.

Indictment for simple larceny.     Before Judge Littlejohn. Sumter superior court.     June 23, 1903.

*J. R. Williams,* for plaintiff in error.

*F. A. Hooper, solicitor-general,* contra.

---

### ROBINSON *v.* THE STATE.

SIMMONS, C. J.  When it appears that one charged with an assault had approached to within three or three and a half feet of another, and drawn back his hand as though about to strike her with a bottle grasped therein, saying something which she, because of fright and deafness, did not hear or understand, and she turned and fled, it is a question for the jury to determine whether the accused was within striking distance and manifested an intention to strike, with the apparent ability to do so, his demonstration causing her to entertain reasonable fear of injury and to retreat to secure her safety. *Thomas* v. *State,* 99 *Ga.* 38, and authorities cited.

> *Judgment affirmed.     All the Justices concur.*

Submitted October 19, — Decided October 24, 1903.

Conviction of assault.     Before Judge Russell.     Gwinnett superior court.     June 25, 1903.

*Oscar Brown* and *John R. Cooper,* for plaintiff in error.

*C. H. Brand, solicitor-general* contra.